1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK SMITH, | ) Case No.: 13-CV-0595-LHK |
| | ) |
| Plaintiff, | ) ORDER GRANTING APPLICATION TO |
| v. | ) PROCEED IN FORMA PAUPERIS; |
| | ) ORDER CONTINUING CASE |
| COUNTY OF SANTA CRUZ; JIM ROSS; JIM | ) MANAGEMENT CONFERENCE |
| HART; STATE OF CALIFORNIA; SANTA | ) |
| CRUZ SUPERIOR COURT; SANTA CRUZ | ) |
| BOARD OF SUPERVISORS; and DOES 1-10, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Before the Court is Plaintiff Jack Smith's ("Plaintiff") Application to Proceed In Forma

Pauperis. *See* ECF No. 2 ("Application").

Under the federal in forma pauperis statute, a court may authorize the commencement of a

suit without prepayment of the filing fee required by the clerk of the court if the plaintiff submits

an affidavit of poverty showing that he or she is "unable to pay such fees or give security therefor."

28 U.S.C. § 1915(a).  However, even if the plaintiff makes an adequate showing of poverty, the

Court may deny leave to proceed in forma pauperis if it determines at the outset "from the face of

the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank &*

*Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987); *see also* 28 U.S.C. § 1915(e); *Calhoun v. Stahl*, 245

F.3d 845, 845 (9th Cir. 2001) (per curiam) ("[T]he provisions of 28 U.S.C. § 1915(e)(2)(B) are not

limited to prisoners.").

1

Case No.: 13-CV-0595-LHK
ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS; ORDER CONTINUING CASE
MANAGEMENT CONFERENCE

**United States District Court**
For the Northern District of California

1    Here, Plaintiff's Complaint, which alleges claims for civil rights violations, racketeering,

2  selective prosecution, assault and battery, and negligent and intentional infliction of emotional

3  distress, does not appear on its face to be frivolous or malicious.  Furthermore, Plaintiff has

4  declared under penalty of perjury that he is not presently employed; he does not own a home; his

5  bank account balance is $100.00; his monthly expenses are $710.00 and his sole source of income

6  is $1,080.00 from Social Security.  *See* Application at 1-3.  Plaintiff has thus adequately shown that

7  he is unable to pay the fees required to commence this lawsuit.

8    Accordingly, the Court hereby GRANTS Plaintiff's motion to proceed in forma pauperis.

9  The Clerk of the Court shall issue summons.

10    No summonses have been issued, and Plaintiff has not yet served any of the Defendants.

11  Accordingly, to permit Plaintiff additional time to serve Defendants, the Case Management

12  Conference scheduled for May 15, 2013 is hereby CONTINUED to June 19, 2013, at 2:00 p.m.

13  **IT IS SO ORDERED.**

14  Dated: April 24, 2013

15    LUCY H. KOH
    United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 13-CV-0595-LHK
ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS; ORDER CONTINUING CASE
MANAGEMENT CONFERENCE