UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK SMITH, | Case No.: 13-CV-00595-LHK |
| Plaintiff, | ORDER VACATING HEARINGS AND CONTINUING CASE MANAGEMENT CONFERENCE |
| v. | |
| COUNTY OF SANTA CRUZ, et. al., | |
| Defendants | |

Pursuant to Civil Local Rule 7–1(b), the Court finds the pending motions to strike and to dismiss appropriate for resolution without oral argument and hereby VACATES the hearings scheduled for November 21, 2013, at 1:30 p.m. The Court CONTINUES the Case Management conference scheduled for November 21, 2013, at 1:30 p.m. to Wednesday, February 5, 2014, at 2 p.m.

**IT IS SO ORDERED.**

Dated: November 20, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 13-CV-00595-LHK
ORDERS VACATING HEARINGS AND CONTINUING CASE MANAGEMENT CONFERENCE