1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK SMITH, | ) Case No.: 13-CV-00595-LHK |
| Plaintiff, | ) |
| | ) ORDER CONTINUING CASE |
| v. | ) MANAGEMENT CONFERENCE |
| | ) |
| COUNTY OF SANTA CRUZ, et. al., | ) |
| | ) |
| Defendants | ) |
| | ) |

The Court CONTINUES the Case Management conference scheduled for Wednesday,

February 5, 2014, at 2 p.m., to Wednesday, February 26, 2014, at 2 p.m.

**IT IS SO ORDERED.**

Dated: January 28, 2014

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

1