1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10              SAN JOSE DIVISION

11   JACK SMITH,                          )     Case No.: 13-CV-00595 LHK
                                          )
12              Plaintiff,                )
                                          )     CASE MANAGEMENT ORDER
13              v.                        )
                                          )
14   COUNTY OF SANTA CRUZ, et al.,        )
                                          )
15              Defendants               )
     _____)

16

17   Clerk:  Martha Parker Brown          Plaintiff's Attorney: Kathleen Wells
     Reporter:  Lee-Anne Shortridge       Defendants' Attorneys: Jordan Sheinbaum

18        A Case Management Conference was held on August 6, 2014. A further Case Management
19   Conference is set for November 12, 2014 at 2 p.m.

20        Defendants shall file their Answer by August 20, 2014.

        The parties shall exchange initial disclosures by August 29, 2014.
21
        The Court lifted the stay of discovery. The discovery limits in the Federal Rules of Civil
22   Procedure shall govern this case.

23        The Court referred the parties to Court mediation with a deadline of March 1, 2015.

        The Court set the following case schedule and noted that any continuances of the following
24   case schedule will be disfavored:

25   FACT DISCOVERY CUTOFF: February 6, 2015

     EXPERT DISCOVERY:
26        Opening Reports: February 28, 2015
27        Rebuttal Reports: March 16, 2015
          Close of Expert Discovery: March 30, 2015
28

Case No.: 13-CV-00595-LHK
CASE MANAGEMENT ORDER

United States District Court
For the Northern District of California

1   DISPOSITIVE MOTIONS shall be filed by April 23, 2015, and set for hearing no later than June
2       11, 2015 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire
        case.

3   FINAL PRETRIAL CONFERENCE: August 6, 2015 at 1:30 p.m.

4   JURY TRIAL: August 31, 2015 at 9 a.m. Trial is expected to last 5 days.

5   **IT IS SO ORDERED.**

6   Dated: August 6, 2014

7                                                                    _____
                                                                     LUCY H. KOH
                                                                     United States District Judge

Case No.: 13-CV-00595-LHK
CASE MANAGEMENT ORDER