United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK SMITH,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF SANTA CRUZ, et al.,<br><br>            Defendants. | Case No.:13-cv-00595-LHK<br><br>**ORDER RE SETTLEMENT AND JOINT CASE MANAGEMENT STATEMENT** |

On February 26, 2015, the Court received a Certification of ADR Session indicating that this case had settled on February 17, 2015. *See* ECF No. 78. There is a case management conference scheduled for March 4, 2015, at 2 p.m. As of 5 p.m. on February 26, 2015, the parties have not filed a joint case management statement, as required by Civ. L.R. 16-10(d).

The parties shall file a joint case management statement by noon on Monday, March 2, 2015. The joint case management statement shall indicate when the parties intend to file a stipulation of dismissal of this action.

1

Case No.: 13-cv-00595-LHK
ORDER RE SETTLEMENT AND JOINT CASE MANGEMENT STATEMENT

**IT IS SO ORDERED.**

Dated: February 26, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge