United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JACK SMITH,<br><br>           Plaintiff,<br><br>      v.<br><br>COUNTY OF SANTA CRUZ, et al.,<br>           Defendants. | Case No. 13-cv-00595-LHK<br><br>**ORDER RE EX PARTE COMMUNICATIONS** |

On April 22, 2015, Karla Gottschalk sent the attached emails to Courtroom Deputy Stacy Sakamoto. These are ex parte communications with the Court that are prohibited by Civil Local Rule 11-4(c) and will be disregarded as such.

The only email communications that the parties or other interested individuals are allowed to have with the Courtroom Deputy are non-substantive scheduling communications and must include opposing counsel. All substantive issues must be discussed in filings.

**IT IS SO ORDERED.**

Dated: April 23, 2015

_____
LUCY H. KOH
United States District Judge

| | |
|---|---|
| **From:** | Karla Gottschalk <dr.karlagottschalk@gmail.com> |
| **To:** | "lioness@got.net" <lioness@got.net> |
| **Date:** | Wednesday, April 22, 2015 12:20PM |
| **Subject:** | Re: Smith v SC |
| **History:** | ⬅ This message has been replied to. |

Jack knew I was homeless, as did you, when I was the only one who would do anything. Jack also knew for nearly a year that I did not feel I could do much, particularly after there was conflating of two federal matters (one my own and Jack's matter) such that I *felt his case was jeopardized and*
you were asked to assist more than a year before it came to this.

*Do you really want everything to come out through witnesses? There is a real possibility this will not be to Jack's benefit and merely based in rage and an attempt to get back at me for not doing what he wanted when he wanted knowing I was unable to continue.*

*I did file as amicus to protect his case.*

*I am ready for whatever Jack does as he has a penchant to be demanding of his way despite the fact that I tried to work with him until I was quite destitute.*

On Wed, Apr 22, 2015 at 12:00 PM, <lioness@got.net> wrote:
> The fact remains that when Jack said he couldn't pay you any more, you abandoned his case and if I hadn't stepped in, it would have been dismissed.  I just spoke with Jack and he said he has many witnesses to your behavior.  The quality of your pleadings speaks for itself - I have never seen such blatantly inferior work.  Jack is ready to make a complaint to the state bar.  I told him to hold off until after the hearing but now I might tell him to go ahead and file it.
>
> Kate Wells
>
> By the way, you did not bring a cause of action for excessive force in the complaint.
>
> On Wed Apr 22 11:42:52 2015, Karla Gottschalk <dr.karlagottschalk@gmail.com> wrote:
>> http://news.findlaw.com/ap/webfeeds/w/04-21-2015/10d2fceae1a6409e915793a3c9ca2397.html?DCMP=NWL-pro_top
>>
>> I will attempt to be present on 29th to answer your charges and present
>> that I did bring this issue up and the settlement should be reviewed based
>> upon this new decision by USSC. I am quite willing to reveal the truth
>> around this matter.
>>
>> I do not believe you have been candid with me nor the Court.

> Karla Gottschalk
>
> --
> *KARLA GOTTSCHALK*
>
> *ExtraordinaryRemedies*
>
> * +1 202 643-5052 Please Leave Message*

--

# KARLA GOTTSCHALK

## ExtraordinaryRemedies

**+1   202 643-5052
Please Leave Message**